

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DAS:AMC
F. #2011R01474

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 9, 2012

Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re: United States v. Walters, et al.
> Criminal Docket No. 11-683 (NG)

Dear Judge:

The government writes in response to the defendant Sergio Benitez's letter dated February 3, 2012 in which he requests permission to travel to Orlando, Florida from February 17, 2012 to February 23, 2012. The government does not object to this request.

Sincerely,

LORETTA E. LYNCH
UNITED STATES ATTORNEY

/s/ Anthony M. Capozzolo
By: Anthony M. Capozzolo
Cristina M. Posa
Assistant United States Attorneys
(718) 254-6454/6668



# WENGER & ARLIA, ESQS. LLP
### ATTORNEYS AT LAW

Tel: (212) 566-6262 • Fax: (212) 608-6262 • nyclawservices.com

BRUCE WENGER, ESQ.
JOHN ARLIA, ESQ.
ANNE MARIE SANTANGELO, ESQ.*
MICHAEL ELBAZ, ESQ.*

20 Vesey Street, Ste 210
New York, NY 10007

bruce@nyclawservices.com
john@nyclawservices.com

* OF COUNSEL

February 3, 2012

Hon. Magistrate Judge
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Walters, et al.
    Defendant Sergio Benitez
    Indictment No. 11CR683 (NG)

Dear Judge:

    The law firm of Wenger & Arlia Esqs. LLP represents the defendant Sergio Benitez, in the above-referenced prosecution. Mr. Benitez is currently released and is in full compliance with all the conditions of his release.

    I am requesting the Court's permission for Mr. Benitez to travel to Orlando, Florida, with his wife and daughter from February 17, 2012, returning on February 23, 2012. Assistant United States Attorney Anthony Capozzolo is cognizant of this request and is agreeable to such travel and will provide Your Honor with a letter confirming same.

    Thank you for your prompt attention to this matter.

Respectfully yours,

Bruce Wenger

BW:ma