

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

AMC
F. #2011R01474

*271 Cadman Plaza East*

*Brooklyn, New York  11201*

March 6, 2012

<u>VIA ECF</u>

Howard R. Leader, Esq.  Bruce Wenger, Esq.
381 Park Ave. South  Wenger & Arlia, Esqs. LLP
Suite 701  20 Vesey St., Suite 210
New York, NY 10016  New York, NY 10007

Robert Anthony Evans, Jr., Esq.  Gerald J. Di Chiara, Esq.
274 W. 145th St., Suite 300  3 Park Ave., 15th Floor
New York, NY 10039  New York, NY 10016

Michael Schneider, Esq.  Maurice H. Sercarz, Esq.
Federal Defenders of New York  Sercarz & Riopelle
16 Court St., 3rd Fl.  152 W. 57th St., 24th Fl.
Brooklyn, NY 11241  New York, NY 10019

Michael P. Beys, Esq.
Jason H. Berland, Esq.
Beys, Stein & Mobargha LLP
405 Lexington Ave., 7th Floor
New York, NY 10174

      Re:  United States v. Walters, <u>et al</u>.
           <u>Criminal Docket No. 11-683 (NG)</u>

Dear Counsel:

     By this letter, the government discloses discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure. Please also consider this letter to be the government's request for reciprocal discovery.

     The following discovery exhibits are available at First Choice Copy, (718) 381-1480.  You may order copies of these discovery exhibits by calling First Choice Copy and referencing print order number **60086.**

| Discovery Exhibit Number | Description |
|---|---|
| 43 | DVD containing HPD files related to the Alexander Avenue Cluster development including closing documents and contracts. |
| 44 | DVD containing HPD files related to the Cooper Decatur Cluster development including closing documents and contracts. |

The government will continue to provide any additional documents, objects and other discovery within the scope of Fed. R. Crim. P. 16 as they become available.

If you have any questions, please contact the undersigned.

    Sincerely,

    LORETTA E. LYNCH
    UNITED STATES ATTORNEY

    /s/ Anthony M. Capozzolo
By: Anthony M. Capozzolo
    Cristina M. Posa
    Assistant United States Attorneys
    (718) 254-6454/6668

cc: Clerk of the Court (NG) via ECF