**HOWARD LEADER**
ATTORNEY AT LAW
381 PARK AVENUE SOUTH
SUITE 701
NEW YORK, NEW YORK 10016
TELEPHONE (646) 533-7696
FACSIMILE  (347) 642-5551; (212) 545-7514
E-MAIL LAWLEADER@YAHOO.COM

**VIA ECF**

Hon. Nina Gershon
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

March 20, 2012

United States v. Wendell WALTERS, et al.
11 Cr. 683 (NG)

Dear Judge Gershon:

I am the attorney of record for Mr. Walters. I submit this letter to request a modification of his bail conditions to permit him to travel to Melbourne, Florida from April 11 through April 25, 2012. The government does not object.

If approved by the Court, Mr. Walters would be travelling with his wife and two children, Lucas and Elijah to visit with his parents. Mr. Walters would be staying with them in the same Melbourne, FL house that was used to secure his bond. The purpose of the trip is primarily to allow my client's parents to spend some time with his newborn son, Elijah, as well as the older boy, Lucas, who has just turned 2 years old.

We ask the Court to permit the modification to the bail bond and allow this trip by endorsing a copy of this letter and to "so order."

Respectfully submitted,

*/s/ Howard Leader*
HOWARD LEADER

cc: Anthony Capozzolo, Esq.
    Assistant United States Attorney (VIA ECF)