**HOWARD LEADER**
ATTORNEY AT LAW
381 PARK AVENUE SOUTH
SUITE 701
NEW YORK, NEW YORK 10016
TELEPHONE (646) 533-7696
FACSIMILE   (347) 642-5551; (212) 545-7514
E-MAIL LAWLEADER@YAHOO.COM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 26 2012 ★
BROOKLYN OFFICE

**VIA ECF**

Hon. Nina Gershon
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

April 25, 2012

United States v. Wendell WALTERS, et al.
11 Cr. 683 (NG)

Dear Judge Gershon:

    I am the attorney of record for Mr. Walters. As the Court no doubt recalls, the Court had previously granted my client's request to travel with his family to Florida to visit with his parents. Mr. Walters is due to return to New York today, April 25, 2012. I submit this letter to request an extension to the modification of his bail conditions permitting him to remain in Florida with his family for an additional week through May 6, 2012. This is in lieu of a request permitting Mr. Walters to stay in Florida through May 5, as originally discussed with both Chambers and the government yesterday. The additional day would allow my client to change travel plans without incurring financial penalty. Neither Pre-Trial nor the government has any objection. We ask the Court to permit this additional modification to the bail bond and allow Mr. Walters to remain in Florida through May 6, 2012 by endorsing a copy of this letter and to "so order."

Respectfully submitted,

*/s/ Howard Leader*
HOWARD LEADER

So Ordered,
/s/ NG
USDJ
4-26-12

cc: Anthony Capozzolo, Esq.
    Assistant United States Attorney (VIA ECF)