**HOWARD LEADER**
ATTORNEY AT LAW
381 PARK AVENUE SOUTH
SUITE 701
NEW YORK, NEW YORK 10016
TELEPHONE (646) 533-7696
FACSIMILE   (347) 642-5551; (212) 545-7514
E-MAIL LAWLEADER@YAHOO.COM

**VIA ECF**

Hon. Nina Gershon
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

July 25, 2012

<u>United States v. Wendell WALTERS, et al.</u>
11 Cr. 683 (NG)

Dear Judge Gershon:

    I am the attorney of record for Mr. Walters. I am submitting this letter to request permission for my client to travel with his family for the weekend to and from Martha's Vineyard to be with his brother Bob and his family. The government consents to the application.

    As the Court no doubt recalls, the Court previously granted my client's request to travel with his family to Florida to visit with his parents in April of this year, and he returned without incident after more than two weeks.  If the Court is agreeable, Mr. Walters would leave this evening and return by Monday, July 30.

    Accordingly, we ask the Court to permit this modification to the bail bond and allow Mr. Walters to travel to Martha's Vineyard by endorsing a copy of this letter and to "so order."

Respectfully submitted,

*/s/ Howard Leader*
HOWARD LEADER

cc: Anthony Capozzolo, Esq.
    Assistant United States Attorney (VIA ECF)