

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

DAS:AMC
F. #2011R01474

*271 Cadman Plaza East*

*Brooklyn, New York   11201*

July 31, 2012

Honorable Nina Gershon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. Walters, et al.
           Criminal Docket No. 11-683 (NG)

Dear Judge:

      The government writes in response to the defendant Sergio Benitez's letter dated July 13, 2012 in which he requests permission to travel to South Carolina, Massachusetts and Puerto Rico on August 4, 2012, August 17, 2012 and August 20, 2012, respectively.  The government does not object to this request.

                                Sincerely,

                                LORETTA E. LYNCH
                                UNITED STATES ATTORNEY

                                 /s/ Anthony M. Capozzolo
                       By: Anthony M. Capozzolo
                          Cristina M. Posa
                          Assistant United States Attorneys
                          (718) 254-6454/6668