**HOWARD LEADER**
ATTORNEY AT LAW
381 PARK AVENUE SOUTH
SUITE 701
NEW YORK, NEW YORK 10016
TELEPHONE (646) 533-7696
FACSIMILE   (347) 642-5551; (212) 545-7514
E-MAIL LAWLEADER@YAHOO.COM

VIA ECF

Hon. Nina Gershon
United States District Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

August 14, 2012

United States v. Wendell WALTERS, et al.
11 Cr. 683 (NG)

Dear Judge Gershon:

    I am the attorney of record for Mr. Walters. I am submitting this letter to request permission for my client to travel to and from Boston from August 28 through September 1, 2012. The government consents to the application and Pre-Trial has similarly advised my client.

    The purpose of the trip is to allow Mr. Walters to assist his sister-in-law with her move to college there

    Accordingly, we ask the Court to permit this modification to the bail bond and allow Mr. Walters to travel to Boston by endorsing a copy of this letter and to "so order."

Respectfully submitted,

HOWARD LEADER

cc: Anthony Capozzolo, Esq.
    Assistant United States Attorney (VIA ECF)