**HOWARD LEADER**
ATTORNEY AT LAW
381 PARK AVENUE SOUTH
SUITE 701
NEW YORK, NEW YORK 10016
TELEPHONE (646) 533-7696
FACSIMILE  (347) 642-5551; (212) 545-7514
E-MAIL LAWLEADER@YAHOO.COM

---

**VIA FACSIMILE**

Hon. Lois Bloom
United States Magistrate Judge
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

*Application granted.*

*SO ORDERED*

*s/LB*

*8/24/12*

August 24, 2012

United States v. Wendell WALTERS, et al.
11 Cr. 683 (NG)

Dear Judge Bloom:

I am the attorney of record for Wendell Walters. On August 15, 2012, my client was granted permission to travel to and from Boston from August 28 through September 1, 2012 to assist his sister-in-law with her move to college there.

However, apparently, Mr. Walters' sister-in-law cannot access her dormitory until a day later than previously thought, meaning that Mr. Walters would now be returning to New York a day later, on September 2, 2012. Again, the government and Pre-Trial consents to the modification.

Accordingly, we ask the Court to permit this modification to his bail bond and allow Mr. Walters to travel to Boston from August 29 through September 2, 2012 by endorsing a copy of this letter and to "so order."

Respectfully submitted,

HOWARD LEADER

cc: Anthony Capozzolo, Esq.
    Assistant United States Attorney (VIA ECF)